NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:   (916) 962-2705

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian, | Case No.: 2:07-CV-00249-WBS-KJM |
|---|---|
| Plaintiffs | **STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY CUTOFF DATE** |
| vs. | |
| Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10, | |
| Defendants. | |

The interested parties need more time to conduct discovery and hereby stipulate to an extension of the discovery cutoff date from April 2, 2008 to August 31, 2008.

DATED: April 1, 2008                         LAW OFFICES OF NATHANIEL POTRATZ

                                             By: /s/ NATHANIEL POTRATZ
                                                 NATHANIEL POTRATZ, ESQ.
                                                 Attorney for Plaintiffs

DATED: April 1, 2008                         ADAMS & CORZINE

                                             By: /s/ JEFF CORZINE
                                                 JEFF CORZINE, ESQ.
                                                 Attorney for Defendants

IT IS SO ORDERED.

DATED: April 1, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**STIPULATION AND ORDER**