NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:     (916) 962-2705

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO**

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian,<br><br>　　　　　　　Plaintiffs<br><br>　vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>　　　　　　　Defendants. | CASE NO.: 2:07-CV-00249-WBS-KJM<br><br>**STIPULATION FOR CONTINUANCE OF MOTION CUTOFF DATE, AND PRETRIAL CONFERENCE DATE, AND TRIAL DATE; ORDER THEREON**<br><br>Courtroom:    5<br>Honorable:     William B. Shubb |

Counsel for Plaintiffs and for Counsel for Defendants have met and conferred regarding the need for a continuance of the motion cutoff deadline, the pretrial conference, and the trial dates in this action, and agree that:

　　　1.　　Both parties agree that a continuance of the motion cutoff date to October 15, 2008 is necessary and appropriate.

　　　2.　　Both parties agree that a continuance of the pretrial conference date to January 5, 2009 is necessary and appropriate.

　　　3.　　Both parties agree that a continuance of the trial date to March 16, 2009 is necessary and appropriate.

　　　As a result of counsel for Plaintiffs and counsel for Defendants having met and conferred, and in light of the agreement noted above, counsel hereby stipulate as follows:

　　　COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANTS HEREBY

1  STIPULATE THAT THE MOTION CUTOFF DEADLINE CURRENTLY SCHEDULED FOR

2  JUNE 14, 2008 BE CONTINUED TO OCTOBER 15, 2008, AND THAT THE PRETRIAL

3  CONFERENCE CURRENTLY SCHEDULED FOR SEPTEMBER 8, 2008 BE CONTINUED TO

4  **JANUARY 12, 2009 at 2:00 P.M.**, AND THAT THE TRIAL CURRENTLY SCHEDULED FOR

5  NOVEMBER 18, 2008 BE CONTINUED TO **MARCH 17, 2009 AT 9:00 A.M.**.

DATED: June 17, 2008                    ADAMS & CORZINE

                                        By:   /s/ JEFF CORZINE
                                              JEFF CORZINE
                                              Attorney for Defendants

DATED: June 17, 2008                    LAW OFFICES OF NATHANIEL POTRATZ

                                        By:   /s/ NATHANIEL POTRATZ
                                              NATHANIEL POTRATZ
                                              Attorney for Plaintiffs

ORDER

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED:  June 18, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE