NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:   (916) 962-2780
Facsimile:   (916) 962-2705

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| Sherry Montgomery; Mary Buchanan; Jewell Fowler; Julie Christian,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>Tim Buege; Yorktown Arms Apartments; TC Property Management; Michael Gavin; Jose Divas; Does 1 to 10,<br><br>　　　　Defendants. | **CASE NO.: 2:07-CV-00249-WBS-KJM**<br><br>**STIPULATION TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON**<br><br>Courtroom:   5<br>Honorable:   William B. Shubb |

-1-

**Stipulation to Voluntary Dismissal Without Prejudice**

1  Counsel for Plaintiffs and for Counsel for Defendants have met and conferred regarding the
2  need to dismiss without prejudice the first-filed of the two related actions, and agree that:
3      1.  Both parties agree to a dismissal without prejudice of Case No.
4  2:07‑CV‑00249‑WBS‑KJM and that plaintiffs will proceed forward with Case No. 2:08-CV-
5  00385-WBS-KJM.  Said dismissal will be without prejudice to the claims and parties in Plaintiff's
6  Case No. 2:08-CV-00385-WBS-KJM, however, Defendants reserve their right to bring a motion to
7  dismiss (or other similar motion) Plaintiff's Case No. 2:08-CV-00385-WBS-KJM.
8      As a result of counsel for Plaintiffs and counsel for Defendants having met and conferred,
9  and in light of the agreement noted above, counsel hereby stipulate as follows:
10     COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANTS HEREBY
11 STIPULATE THAT CASE NO. 2:07‑CV‑00249‑WBS‑KJM SHALL BE DISMISSED
12 WITHOUT PREJUDICE AND THAT PLAINTIFFS WILL PROCEED FORWARD WITH CASE
13 NO. 2:08-CV-00385-WBS-KJM, AND THAT DEFENDANTS RESERVE THE RIGHT TO
14 BRING A MOTION TO DISMISS OR OTHER SIMILAR MOTION.

DATED: January 13, 2009     ADAMS & CORZINE

    By:   /s/ JEFF CORZINE
          JEFF CORZINE
          Attorney for Defendants

DATED: January 13, 2009     LAW OFFICES OF NATHANIEL POTRATZ

    By:   /s/ NATHANIEL POTRATZ
          NATHANIEL POTRATZ
          Attorney for Plaintiffs

ORDER

Based upon stipulation of the parties, and good reason appearing, IT IS SO ORDERED.

DATED:  January 15, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation to Voluntary Dismissal Without Prejudice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Voluntary Dismissal Without Prejudice**